James G. Hunt, Esq.
Jonathan McDonald, Esq.
DIX, HUNT & McDONALD
310 Broadway
Helena, MT 59601
Telephone: (406) 442-8552
Facsimile: (406) 495-1660

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY ELIZABETH CROSKEY, | CAUSE NO. CV-09-44-M-DWM |
| Plaintiff, | |
| vs. | |
| ESTATE of WILLARD LEE CHEYNEY; FEDEX GROUND PACKAGE SYSTEM, INC.; and FEDEX CORP., | FIRST AMENDED COMPLAINT AND JURY DEMAND |
| Defendants. | |

### INTRODUCTION

This action seeks redress for personal injuries sustained by Plaintiff when Willard Lee Cheyney negligently operated a motor vehicle and caused an accident on Interstate 90 near Missoula, Montana on December 21, 2007. At the time of the accident, Willard Cheyney was driving a vehicle for the Defendants FedEx Ground Package System, Inc. and/or FedEx Corp. and was acting as either the agent or employee of those Defendants. Count I alleges negligence; Count II alleges negligence *per se*. Plaintiff, Mary Elizabeth Croskey, alleges as follows:

### PARTIES AND JURISDICTION

1. Plaintiff Mary Croskey is a citizen of the State of Michigan, and has resided there at all times relevant herein.

2. Willard Lee Cheyney, upon information and belief, was a citizen of the State of Montana and resided in Trout Creek, Sanders County, Montana, at all times relevant herein. Since the 2007 accident, Mr. Cheyney has died and his estate was opened on June 1, 2009. His estate is therefore a Defendant in this action, hereinafter called "Defendant Willard Cheyney."

3. Defendants FedEx Ground Package System, Inc. and FedEx Corp. are foreign corporations based in Tennessee and legally incorporated in Delaware.

4. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332. Pursuant to 28 U.S.C. §1391(a)(2), venue is proper in this Court because a substantial part of the wrongful acts and inactions of Defendants giving rise to this claim occurred in or near Missoula County and within the State of Montana.

## STATEMENT OF FACTS

5. On or about December 21, 2007, Plaintiff was in the course and scope of her employment as a truck driver for CR England, Inc. She was the passenger in a commercial truck headed northwest on Interstate 90 near mile marker 95. Plaintiff's vehicle was in the left-hand lane of traffic.

6. At the same time and place, Defendant Willard Lee Cheyney was driving a 2003 Chevrolet sport-utility vehicle northwest on Interstate 90, in the right-hand lane of traffic.

7. Defendant Cheyney's vehicle had the logo of the Federal Express Defendants displayed prominently at the time of the accident.

8. The vehicle in which Plaintiff was riding was lawfully passing Defendant Cheyney's vehicle when Defendant Cheyney illegally entered the left-hand lane of traffic, causing the vehicles to collide.

9. Defendant Willard Cheyney pleaded guilty to the charge of making an unsafe lane change in the Missoula County Justice Court on January 8, 2008.

10. Plaintiff was seriously injured.

///

## COUNT I – NEGLIGENCE

Plaintiff realleges and incorporates by reference herein each and every allegation set forth above and, in addition thereto, alleges the following:

11. Although Defendant Willard Cheyney owed Plaintiff a duty to use reasonable care, he failed to drive in a reasonable and prudent manner taking into account all conditions and was therefore negligent.

12. As a result of Defendant Willard Cheyney's negligence, Plaintiff has suffered and continues to suffer personal injuries, bodily injuries, and has sustained and will sustain in the future, medical expenses, lost wages, pain and suffering, emotional distress, loss of ability to pursue her established course of life, and other associated damages and compensable injuries.

13. Defendants FedEx Ground Package System, Inc. and FedEx Corp. are liable for Defendant Cheyney's negligence because he was the agent or employee of said Defendants at the time of the accident.

## COUNT II – NEGLIGENCE *PER SE*

Plaintiff realleges and incorporates by reference herein each and every allegation set forth above, and, in addition thereto, alleges the following:

14. Defendant Willard Cheyney violated Montana Code Annotated §§ 61-8-302, 61-8-323 and 61-8-328(1)(2007), each of which caused the accident. Defendant Willard Cheyney pleaded guilty to the charge of making an unsafe lane change in the Missoula County Justice Court on January 8, 2008. Each of the above-cited statutes was enacted to protect the drivers of vehicles in Montana from the type of harm Plaintiff has suffered. Defendant Willard Cheyney, as a driver in the State of Montana, was part of the class of persons regulated by these statutes. Thus, Defendant Willard Cheyney was negligent *per se*.

15. As a result of Defendant Willard Cheyney's negligence *per se*, Plaintiff has suffered and continues to suffer personal injuries, bodily injuries, and has sustained and will sustain in the future, medical expenses, lost wages, pain and suffering, emotional distress, loss of ability to pursue her established course of life, and other associated damages and compensable injuries.

16. Defendants FedEx Ground Package System, Inc. and FedEx Corp. are liable for Defendant Cheyney's negligence because he was the agent or employee of said Defendants at the time of the accident.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For all general, special, and compensatory damages in an amount to exceed $75,000 and to be proven at the trial of this action.

2. For all costs and expenses of suit as allowed by law.

3. For attorneys' fees as allowed by law.

4. For such further relief which to this Court may seem just and equitable.

### JURY DEMAND

Plaintiff demands a jury trial.

DATED this 3rd day of July, 2009.

                DIX, HUNT & McDONALD

                BY:    /s/ Jonathan McDonald
                        JONATHAN McDONALD,
                        *Attorneys for Plaintiff*