IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY ELIZABETH CROSKEY, <br><br> Plaintiff, <br><br> vs. <br><br> ESTATE of WILLARD LEE CHEYNEY; FEDEX GROUND PACKAGE SYSTEM, INC.; and FEDEX CORP., <br><br> Defendants. | CAUSE NO. CV-09-44-M-DWM <br><br> SUMMONS IN A CIVIL ACTION |

TO:   ESTATE of WILLARD LEE CHEYNEY (Ralph Dennis Cheyney as Personal Representative), Defendant

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are as follows:

Jonathan McDonald, Esq.
Dix, Hunt & McDonald
310 Broadway
Helena, MT  59601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

DATED this _____ day of July, 2009.

CLERK OF COURT


BY:_____
*Signature of Clerk or Deputy Clerk*

SUMMONS IN A CIVIL ACTION