IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| MARY ELIZABETH CROSKEY, | ) | CV 09-44-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ESTATE of WILLARD LEE CHEYNEY; | ) | |
| FEDEX GROUND PACKAGE SYSTEM, | ) | |
| INC.; and FEDEX CORP., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ESTATE of WILLARD LEE CHEYNEY, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| C.R. ENGLAND, INC. and PATRICIA | ) | |
| A. THOMAS, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| _____ | ) | |

Upon Plaintiff's Unopposed Motion to Dismiss Defendant FedEx Ground

1

Package System, Inc. Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and for good cause appearing,

IT IS HEREBY ORDERED that the motion (dkt #46) is GRANTED. Defendant FedEx Ground Package System, Inc. is DISMISSED WITHOUT PREJUDICE.

DATED this 26th day of March, 2010.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT