IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| MARY ELIZABETH CROSKEY, | ) | CV 09-44-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ESTATE OF WILLARD LEE CHEYNEY and FEDEX CORP., | ) ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

The Plaintiff having filed a Motion to Dismiss with Prejudice, and the Defendants concurring,

IT IS HEREBY ORDERED that the Motion (dkt #127) is GRANTED and this action is DISMISSED WITH PREJUDICE as fully and finally settled on the merits, and each party shall bear its own costs and attorney's fees;

1

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. This case is CLOSED.

Dated this 17th day of October, 2011.

/s/ Donald W. Molloy

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT